IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Misc No: |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| $11,295.00 IN UNITED STATES CURRENCY, | ) | |
| Asset ID: 21-DEA-679931, | ) | |
| AND | ) | |
| $60,595.00 IN UNITED STATES CURRENCY, | ) | |
| Asset ID: 21-DEA-679930 | ) | |
| | ) | |
| Defendants in Rem. | ) | |

## ORDER EXTENDING CAFRA DEADLINE

Pursuant to the stipulation and request of the parties, and good cause appearing

therefore, IT IS ORDERED that, pursuant to 18 U.S.C. § 983(a)(3)(A), the deadline by

which the United States of America shall be required to file a complaint for forfeiture with

respect to the $60,595.00 and $11,295.00 in United States currency shall be extended to

March 14, 2022.

    IT IS SO ORDERED.

*Shiva V. Hodges*

October 4, 2021                          Shiva V. Hodges
Columbia, South Carolina                 United States Magistrate Judge